AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

JCD, INC. d/b/a JCD MARKETING

*Plaintiff(s)*

v.

HRI HOSPITALITY, LLC d/b/a ALOFT NEW ORLEANS DOWNTOWN

*Defendant(s)*

Civil Action No. 2:24-cv-02489  M (5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HRI Hospitality, LLC d/b/a
Aloft New Orleans Downtown
through its registered agent for service:
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gabrielle C. Broders
Irwin Fritchie Urquhart Moore & Daniels LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 21 2024

Carol L. Michel
*Name of clerk of court*

*Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02489

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HRI HOSPITALITY, LLC
was received by me on *(date)* 10/22/24.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ASHLEY MINVIELLE, who is designated by law to accept service of process on behalf of *(name of organization)* HRI HOSPITALITY, LLC on *(date)* 10/22/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/22/24

*Server's signature*

TAJ BRAKO / PROCESS SERVER
*Printed name and title*

PO BOX 56972, NOLA
*Server's address*

Additional information regarding attempted service, etc: