UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JCD, INC. d/b/a JCD MARKETING<br>    Plaintiff, | CIVIL ACTION NO. 2:24-cv-02489 |
| versus | SECTION M(5) |
| | JUDGE ASHE |
| HRI HOSPITALITY, LLC d/b/a<br>ALOFT NEW ORLEANS DOWNTOWN,<br>    Defendant. | MAGISTRATE JUDGE NORTH |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Under Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, HRI Hospitality, LLC ("HRI") submits the following Corporate Disclosure Statement.

HRI Hospitality, LLC, a nongovernmental corporate party, is a privately-owned Louisiana limited liability company. Further responding:

- HRI Hospitality, LLC's sole member is DK HRIH Holdings, LLC.
    - DK HRIH Holdings, LLC's members are HRIH Investment Member, LLC and NOLA Investor LLC.
        - HRIH Investment Member, LLC is a Delaware limited liability company, and its members are Properties PPU, LLC, Gary Gutierrez, and Michael Coolidge.
            - Properties PPU, LLC is a Louisiana limited liability company, and its members are A. Thomas Leonhard, Jr., Pres Kabacoff, and the HRI Boettner Family Trust.
                - A. Thomas Leonhard, Jr. is a Louisiana resident.
                - Pres Kabacoff is a Louisiana resident.
                - HRI Boettner Family Trust, whose trustee Edward Boettner, is a Louisiana resident.

- Gary Gutierrez is an Arizona resident.

- Michael Coolidge is Colorado resident.

- NOLA Investor LLC is a Delaware limited liability company and its members are limited partnerships under the umbrella of Davidson Kempner Capital Management LP, a Delaware limited partnership whose partners reside in New York, Hong Kong, London, and Mumbai.[1]

Respectfully,

/s/James M. Garner
JAMES GARNER #19589
STUART D. KOTTLE #37194
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street - 28th Floor
New Orleans, LA 70112
Tel:    504-299-2100
Fax:    504-299-2300
Email:  jgarner@shergarner.com
        skottle@shergarner.com

**Attorneys for HRI Hospitality, LLC**

---

[1] HRI's answer referred to this member as Davidson Kempner Investor, but the specific entity is NOLA Investor LLC that, as described above, is an entity owned by Davidson Kempner Capital Management LP. HRI does not have any information that any partners of Davidson Kempner Capital Management LP reside in Georgia, but reserves the right to contest diversity jurisdiction should it later discover any individual with an ownership interest in Davidson Kempner Capital Management LP resides in Georgia.